IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLORIA R. ADKINS,

       Plaintiff,

vs.                                      CASE NO.: 5:07cv238-SPM/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

       Defendant.

_____/

## ORDER

       THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated October 31, 2008 (doc. 22). Each party has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

       Accordingly, it is hereby ORDERED as follows:

       1.      The magistrate judge's report and recommendation (doc. 22) is adopted and incorporated by reference in this order.

       2.      Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the

Commissioner to deny Plaintiff's application for Social Security benefits is reversed and this case is remanded to the Commissioner to enter a finding of total disability and award disability benefits.

    3.    The clerk shall close this case.

DONE AND ORDERED this 5th day of December, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 5:07cv238-SPM/EMT